# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

IN RE: DETRIC SMITH  
      6533 MORNING GLORY  
      MONTGOMERY, AL 36117

CASE NO: 15-33645-DHW

Soc. Sec. No. XXX-XX-9169  
      Debtor.

## INCOME WITHHOLDING ORDER

TO: WSI  
    ATTN PAYROLL  
    16 GE BLVD  
    BURKSVILLE, AL 36752

    The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

    ORDERED that WSI withhold from the wages, earnings, or other income of this debtor the sum of **$153.00 WEEKLY** and remit all such funds withheld to:

        **SABRINA L. MCKINNEY**  
        **ACTING CHAPTER 13 TRUSTEE**  
        **15-33645-DHW DETRIC SMITH**  
        **P O BOX 613108**  
        **MEMPHIS TN 38101-3108**

    The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

    This Order continues in force and effect until further Order of this court.

    Done Friday, September 16, 2016.

cc: Debtor  
    Debtor's Attorney

        */ s / Dwight H. Williams Jr.*  
        Dwight H. Williams Jr.  
        United States Bankruptcy Judge