UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: DETRIC SMITH  
6533 MORNING GLORY  
MONTGOMERY, AL 36117  

CASE NO: 15-33645-DHW

Soc. Sec. No. XXX-XX-9169  
Debtor.

**AMENDED**
**INCOME WITHHOLDING ORDER**

TO: WSI  
ATTN PAYROLL  
16 GE BLVD  
BURKSVILLE, AL 36752  

The debtor subjected all of his/her income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that WSI withhold from the wages, earnings, or other income of this debtor the sum of **$188.00 WEEKLY** and remit all such funds withheld to:

CHAPTER 13 TRUSTEE  
15-33645-DHW DETRIC SMITH  
P O BOX 613108  
MEMPHIS TN 38101-3108  

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Monday, December 5, 2016.

cc: Debtor  
Debtor's Attorney  

*/ s / Dwight H. Williams Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge